### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:  Shirley Ann Ginwright            20-10872 KHK

Chapter 13

## MOTION TO SELL REAL ESTATE

COMES NOW Shirley Ann Ginwright, by counsel, and moves for an Order approving the sale of land owned by the debtor.

1. The Debtor filed her Chapter 13 bankruptcy on March 20, 2020. The debtor has proposed a 100% plan and a Section 341 creditors meeting was held on April 21, 2020. A confirmation hearing is presently scheduled for June 1, 2020.

2. The Debtor is the sole owner in fee simple of land located in Lot 18 of Janwood Hills, Mobile County, AL or also described as being located at 0 Scott Lindsey Drive Saraland, AL  33571. There are 8.5 acres of land and can be used for recreational use. Prior to the filing of the debtor's bankruptcy petition the land was listed for sale at an asking price of $45,000.

3. An offer has arisen. Subject to the approval of this Court, the Debtor has entered into a sales contract for $45,000 (gross) in an "arms length" agreement.

4. The property is not encumbered by any liens or loans.

5. The Debtor is anxious to conclude the sale of this property because she believes that the Covid-19 pandemic crisis will severely impact the market price of her land and shrink the pool of potential buyers.

6. The net sales proceeds of this sale is $39,338.72 (Debtor's Affidavit attached) and debtor is keeping the check in a drawer until instructed by the Court to tender it to the Chapter 13 Trustee or otherwise act. Since, the debtor's basis in the land is $60,000 no funds are needed to pay federal taxes. However, the debtor seeks to retain $5,400 for needed repairs/improvements.

7. The $5,487 is needed for a $4500 propane heater for the home and $900 is needed to purchase the propane tank in her yard. That propane tank belongs to Amerigas and it charges premium prices for propane. For several years the debtor has been using, without satisfaction, a number of portable, electric heaters. The cost of replacing her heater would have entailed a large payment and/or too expensive financing. Purchasing this tank permits competitive shopping for propane and the $987 purchase will be recovered in one or two years.

8. Thus, debtor will tender to the trustee $33,851.72 (expected to be 70% of the total plan payments) to the Chapter 13 trustee within 14 days of approval of this motion.

WHEREFORE the Debtor respectfully requests that this Court approve the sale of the Property, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Barry Weintraub
Barry Weintraub
2124 Jefferson Davis Highway
Stafford VA 22554
540-658-9980
703-963-2595
4110ffice@gmail.com

                VA Bar 24453
                Counsel for Debtor
                May 30, 2019

CERTIFICATE OF SERVICE

I, Barry Weintraub, certify that a copy of this motion and the accompanying Notice of Hearing were mailed, first class, or transmitted by the CM/ECF system this May 30, 2020 to the U.S. Trustee and the Chapter 13 Trustee, Thomas P. Gorman, and to the attached list of creditors.

/s/ Barry Weintraub

Shirley Ann Ginwright
20-10872 KHK

**AFFIDAVIT**

My name is Shirley Ann Ginwright and I filed a Chapter 13 petition on March 20, 2020. I have also filed a 100% plan that pays all my creditors 100% except for a claim that I expect will be filed by the Oxford Station Townhouse Association and will be the root of an adversary proceeding.

Before I filed my petition I listed 8.5 acres of recreational land in Mobile County, Alabama (also described as being located at 0 Scott Lindsey Drive Saraland, AL 33571) for sale for $45,000. I own the land in fee simple and there are no liens upon the property that I know of.

I was very surprised when a firm offer of $45,000 was made for this land that contained a closing date of May 1, 2020. I have never had any dealing with the potential purchaser and this was an "arms length" transaction. The transaction was executed by a real estate agent who expects to be paid from the proceeds. The full details are in my Motion's Exhbit.

I am very anxious to conclude the sale of this property because I believe the Covid-19 pandemic crisis will severely impact the market price of this land and shrink the pool of potential buyers. The net proceeds of the land will go to the Chapter 13's office to pay my creditors except estimated capital gains tax, real estate agent fee and possibly some other small costs needed to execute the deal. I also understand there is a 10% trustee fee.

I hereby declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

/s/ Shirley Ann Ginwright
_____
Shirley Ann Ginwright

```
Label Matrix for local noticing          Americredit Financial Services, Inc. Dba GM    BANK OF AMERICA, N.A.
0422-1                                   Dba GM Financial                                P.O. Box 31785
Case 20-10872-KHK                        P.O Box 183853                                  TAMPA, FL 33631-3785
Eastern District of Virginia             Arlington, TX 76096-3853
Alexandria
Sun May 31 12:08:42 EDT 2020

Forethought Life Insurance Company       NewRez LLC d/b/a Shellpoint Mortgage Servici   United States Bankruptcy Court
SHAPIRO & BROWN LLP                      BWW Law Group, LLC                             200 South Washington Street
501 independence parkway                 8100 Three Chopt Rd                            Alexandria, VA 22314-5405
suite 203                                Suite 240
chesapeake, va 23320-5174                Richmond, VA 23229-4833

AT&T Bankruptcy                          AT&T Mobility II LLC                           AmeriCredit/GM Financial
4331 Communications Dr Flr 4W            %AT&T SERVICES INC.                            Attn: Bankruptcy
Dallas TX 75211-1300                     Karen A. Cavagnaro  Paralegal                  PO Box 183853
                                         One AT&T Way, Suite 3A104                      Arlington, TX 76096-3853
                                         Bedminster, NJ 07921-2693

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   Association Management                  Bank of America
PO BOX 183853                            101 Sunningdale Dr                             Attn: Bankruptcy NC4-105-02-77
ARLINGTON TX 76096-3853                  Stafford, VA 22556-4624                        PO Box 26012
                                                                                        Greensboro, NC 27420-6012

Bank of America Mortgage                 Barry Weintraub                                Best Egg/sst
c/o Bryan S. Fairman                     32 Hayes St.                                   Attn: Bankruptcy
ALDRIDGE PITE, LLP                       Stafford, VA 22556-8603                        4315 Pickett Rd
4375 Jutland Drive, Suite 200                                                           St Joseph, MO 64503-1600
P.O. Box 17933
San Diego, CA 92177-7921

Capital One                              Country Club Villas                            Department of Education/Nelnet
Attn: Bankruptcy                         SPM Resort, Inc.                               Attn: Claims
PO Box 30285                             PO Box 2489                                    PO Box 82505
Salt Lake City, UT 84130-0285            Myrtle Beach, SC 29578-2489                    Lincoln, NE 68501-2505

(p)DIGITAL FEDERAL CREDIT UNION          Enhanced Recovery Corp                         Equityexperts.org
220 DONALD LYNCH BLVD                    Attn: Bankruptcy                               2391 Pontiac Rd.
MARLBOROUGH MA 01752-4708                8014 Bayberry Road                             Auburn Hills, MI 48326-2462
                                         Jacksonville, FL 32256-7412

Internal Revenue Service                 Mariner Finance, LLC                           NewRez LLC d/b/a Shellpoint Mortgage Servici
Centralized Insolvency Operation         Attn: Bankruptcy                               P.O. Box 10826
P. O. Box 7346                           8211 Town Center Drive                         Greenville, SC 29603-0826
Philadelphia, PA 19101-7346              Nottingham, MD 21236-5904

Oxford Station Townhouse Association     Pinnacle                                       Reg Fin 1213
c/o Thomas Hodges                        Po Box 130848                                  979 West Bastesville Rd
HLE Law Group                            Carlsbad, CA 92013-0848                        Greer, SC 29650
4870 Sadler Road, Suite 300
Glen Allen, VA 23060-6294

Regional Management Corporation          Resurgent Capital Services as servicing agen   Select Portfolio Servicing, Inc
979 Batesville Road Suite B              Best Egg                                       Attn: Bankruptcy
Greer, SC 29651-6819                     Resurgent Capital Services                     PO Box 65250
                                         PO Box 10587                                   Salt Lake City, UT 84165-0250
                                         Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>PO Box 10826<br>Greenville, SC 29603-0826 | Specialized Loan Servicing/SLS<br>Attn: Bankruptcy<br>PO Box 636005<br>Littleton, CO 80163-6005 | Syncb/PPC<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | The Colonies of Williamsburg<br>5380 Old Town Road<br>Williamsburg, VA. 23188-1922 |
| Virginia Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Virginia Dept. of Taxation<br>c/o Taxing Authority Consulting Services<br>PO Box 1270<br>Midlothian, VA 23113-8270 | John P. Fitzgerald, III<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| Shirley Ann Ginwright<br>11615 Gunston Rd<br>Lorton, VA 22079-4008 | Thomas P. Gorman<br>341 Dial 866-630-6853 Code: 6786636<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314-2550 | John Griffin, Esq.<br>129 E. Davis St., #240<br>Culpepper, VA  22701 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Digital Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 9130<br>Marlborough, MA 01752 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Bank of America Mortgage | (u)Oxford Station Townhouse Association |
| (d)Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | (u)timeshares | (d)Barry Weintraub<br>32 Hayes St.<br>Stafford, VA 22556-8603 |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46