UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>SHIRLEY ANN GINWRIGHT<br><br><br>Debtor | Chapter 13<br>20-10872-KHK |

**TRUSTEE'S RESPONSE TO MOTION TO SELL REAL ESTATE**

    Thomas P. Gorman, Trustee, responds to Debtor's Motion to Sell Real Estate by stating he has no opposition so long as the proceeds specified in the Motion are paid over to Trustee as stated in Plan.

| | |
|---|---|
| _July 8, 2020_____<br>Dated | _/s/ Thomas P. Gorman_____<br>Thomas P. Gorman<br>Chapter 13 Trustee<br>300 N. Washington Street, #400<br>Alexandria, VA  22314<br>(703) 836-2226<br>VSB #26421 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of July, 2020 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Shirley Ann Ginwright<br>Chapter 13 Debtor<br>11615 Gunston Rd.<br>Lorton, VA 22079 | Barry Weintraub, Esq.<br>Counsel for Debtor<br>32 Hayes Street<br>Stafford, VA 22556 |

                                                                               _/s/ Thomas P. Gorman_____<br>
                                                                               Thomas P. Gorman