Barry Weintraub, Esq.
Virginia Bar #24453
32 Hayes St.
Stafford, VA 22556
540-658-9980
411office@gmail.com
Virginia Bar #24453
Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**In re:  Shirley Ann Ginwright**                    20-10872 KHK

   Debtor                                    Chapter 13


**ORDER ON MOTION TO APPROVE SALE OF REAL ESTATE**

UPON CONSIDERATION of the Debtor's Motion to sell land located in Lot 18 of Janwood Hills, Mobile County, AL which is also described as being located at 0 Scott Lindsey Drive Saraland, AL  33571 under 11 U.S.C. § 363, good cause having been shown it is by the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division,

**ORDERED**

That Debtor's Motion is granted and that the Debtor shall within 14 days tender $33,851.72 of the proceeds to the Chapter 13 Trustee, Thomas P. Gorman Esq.


Jul 15 2020                    /s/ Klinette H. Kindred
                               U.S. Bankruptcy Judge


ENTERED  July 15, 2020

I ASK FOR THIS:

/s/ Barry Weintraub
Barry Weintraub
32 Hayes St.
Stafford, VA 22556
540-658-9980
411office@gmail.com
Counsel for Debtor
VA Bar 24453


SEEN AND AGREED

/s/ Thomas P. Gorman

_____

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St., #400
Alexandria, VA 22314
Phone: (703) 836-2226


CERTIFICATION

　　　　Pursuant to Local Rule 9022-l(C), I hereby certify that all necessary parties have endorsed the above order.


/s/ Barry Weintraub