## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

SHIRLEY ANN GINWRIGHT

Debtor

Chapter 13

Case No. 20-10872-KHK

### ORDER
### CONTINUING
### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

THIS MATTER came before the Court for hearing on October 1, 2020, upon Trustee's Motion to Continue Trustee's Objection to Confirmation of Chapter 13 Plan (Dkt. No. 74); and,

It appearing to the Court that cause exists to continue Trustee's Objection to Confirmation, it is hereby:

**ORDERED, that**

1. Trustee's Motion to Continue is GRANTED;

2. Trustee's Objection to Confirmation of Chapter 13 Plan (Dkt. No. 52) is continued to November 12, 2020, 2020, at 1:30 PM.

Dated: Oct 7 2020

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: October 8, 2020

**Order Continuing Trustee's Objection to Confirmation of Chapter 13 Plan**
Shirley Ann Ginwright
Case No. 20-10872-KHK

I Ask For This:


_/s/Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street
Alexandria, VA  22314


<u>Local Rule 9022-1(C) Certification</u>

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman_____</u>
Thomas P. Gorman

**Order Continuing Trustee's Objection to Confirmation of Chapter 13 Plan**
Shirley Ann Ginwright
Case No. 20-10872-KHK

**PARTIES TO RECEIVE COPIES**

Shirley Ann Ginwright
Chapter 13 Debtor
11615 Gunston Rd.
Lorton, VA 22079

Barry Weintraub
Attorney for Debtor
32 Hayes St.
Stafford, VA 22556

Walter J. Buzzetta
Attorney for Oxford Station Townhouse Association
Stradly Ronon Stevens & Young, LLP
2000 K Street, NW, Ste. 700
Washington, DC 20036

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314